**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL RODRIGUEZ,<br><br>            Petitioner,<br><br>      v.<br><br>JOSEPH NORWOOD, Warden,<br><br>            Respondent. | NO. ED CV 08-00556 RGK (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 7, 2008

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE